IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Plaintiff,

v.

DCMI, INC., a Nevada corporation, WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, MT. HAWLEY INSURANCE COMPANY, an Illinois corporation, PELAGIA, LLC, a California limited liability company, 7th AVENUE CENTER, LLC, a California limited liability company, ANN BUTLER as trustee for the ANN M. BUTLER TRUST, and WILLOW, LLC, a California limited liability company,

    Defendants.

No. C 11-06345 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for its notice that the parties have settled but cautions that all deadlines apply until a dismissal is filed. Please see paragraph 14 of the case management order dated March 29, 2012.

**IT IS SO ORDERED.**

Dated: December 20, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE