United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DCMI, INC., a Nevada corporation, WESTERN HERITAGE INSURANCE COMPANY, an Arizona corporation, MT. HAWLEY INSURANCE COMPANY, an Illinois corporation, PELAGIA, LLC, a California limited liability company, 7th AVENUE CENTER, LLC, a California limited liability company, ANN BUTLER as trustee for the ANN M. BUTLER TRUST, and WILLOW, LLC, a California limited liability company,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 11-06345 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

　　　The Court acknowledges and thanks plaintiff for its notice that the parties have settled but cautions that all deadlines apply until a dismissal is filed. Please see paragraph 14 of the case management order dated March 29, 2012.

　　　**IT IS SO ORDERED.**

Dated: December 20, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE